**90–1452.** State v. Evans. *Cuyahoga County,* No. 54883. Reported at 63 Ohio St.3d 231, 586 N.E.2d 1042. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**90–1874.** State, ex rel. Marks, v. Indus. Comm. *Franklin County,* No. 89AP–661. Reported at 63 Ohio St.3d 184, 586 N.E.2d 109. On motion for rehearing. Rehearing denied.

**91–315.** Fairview Gen. Hosp. v. Fletcher. *Franklin County,* No. 90AP–726. Reported at 63 Ohio St.3d 146, 586 N.E.2d 80. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**91–1843.** Larde v. Harley Motor Inn. *Hamilton County,* No. C–900196. Reported at 63 Ohio St.3d 1408, 585 N.E.2d 833. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**91–2198.** Crenshaw v. Ohio Dept. of Human Serv. *Lucas County,* No. L–91–346. Reported at 62 Ohio St.3d 1506, 583 N.E.2d 1318. On motion for rehearing. Rehearing denied.

**91–2541.** State, ex rel. Astley, v. Crawford. In Mandamus. Reported at 63 Ohio St.3d 1408, 585 N.E.2d 833. On motion for rehearing. Rehearing denied.